1 

 Twin Shores Master Owners Association, Inc. and Hammersmith Management, Inc., Petitioners v. Tiffani Willis, Respondent 
No. 25SC286
Supreme Court of Colorado, En Banc
January 12, 2026
 Court of Appeals Case No. 24CA369 
 
 Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether the division erred in holding that as to an association, a unit owner's guest is afforded invitee status under the Premises Liability Act, section 13-21-115, C.R.S. (2025), in areas that are part of the common elements owned and controlled by the association. 
 DENIED AS TO ALL OTHER ISSUES.